not so similar that it could be said that the jury was acting under an erroneous impression of the law when it returned verdicts with such a large monetary spread.

For the reasons above stated, we affirm the judgment of the circuit court of Cook County.

Judgment affirmed.

McNAMARA, P. J., and DEMPSEY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICARDO NORALS, Defendant-Appellant.

(No. 60003; ▮▮▮▮▮▮)

First District (1st Division)—December 2, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Robert P. Isaacson, Assistant Public Defender, and Frederick F. Cohn, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael J. Polelle, Assistant State's Attorneys, of counsel), for the People.